**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **COLIN EVANS,**<br>**Plaintiff,**<br>**v.**<br>**OFFICER BIECHY, *et al.*,**<br>**Defendants.** | **Case No. 26–cv–12826–ESK–MJS**<br><br>**OPINION AND ORDER** |

**THIS MATTER** is before the Court on *pro se* plaintiff Colin Evans's civil rights complaint filed pursuant to 42 U.S.C. § 1983 (Complaint). (ECF No. 1.) I have reviewed the Complaint to determine whether it should be dismissed as frivolous or malicious, for failure to state a claim upon which relief may be granted, or because it seeks monetary relief from a defendant immune from such relief, 28 U.S.C. § 1915(e)(2)(B), and concluded that the Complaint may proceed.[1]

Accordingly,

**IT IS** on this **2nd** day of **October 2026** **ORDERED** that:

1. The Complaint may proceed.

2. Pursuant to the Memorandum of Understanding[2] between the Court and the New Jersey Department of Corrections, the Court shall forward a copy

---

[1] My preliminary review under 28 U.S.C. § 1915 does not determine whether the allegations in the Complaint would survive a properly supported motion to dismiss filed by a defendant after service. *See Richardson v. Cascade Skating Rink*, No. 19–cv–08935, 2020 WL 7383188, at *2 (D.N.J. Dec. 16, 2020) ("[T]his Court recognizes [a] § 1915[A] screening determination is a preliminary and interlocutory holding, subject to revision at any time prior to entry of final judgment." (internal quotation marks omitted)).

[2] The Memorandum of Understanding between all vicinages of the United States District Court for the District of New Jersey and the New Jersey Department of

of the Complaint to the Department and seek a waiver of service for defendants. A separate order detailing this process will follow.

3. The Clerk shall send a copy of this opinion and order to plaintiff by regular mail.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**

---

Corrections governs the process for obtaining waiver of service, where possible, for the Departments' current and former employees.